# EXHIBIT A

**Goldman Sachs**

Goldman Sachs Asset Management

200 West Street  
New York  
NY 10282

Tel: +1 212 902 1000

**am.gs.com**

DECEMBER 19, 2025

# Client Notification Letter

**Re: Notice Regarding Third-Party Incident**

Dear Investor:

We are writing to inform you of a cybersecurity incident at the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP (Fried Frank). Fried Frank serves as external counsel to Goldman Sachs in connection with many of our alternative investment funds and separately managed accounts. Goldman Sachs's systems were not impacted and remain secure.

We have been working closely with Fried Frank to better understand whether our data or our clients' data may have been exposed. This analysis is ongoing and we will provide client-specific notifications as we learn more.

Fried Frank has told us that, based on the steps it has taken to date, it believes that any data exposed in the incident is unlikely to be distributed or used improperly.

Fried Frank has provided us with an attestation from an independent forensics firm confirming that their network is now secure and that the vulnerabilities that led to the breach have been remediated. Additionally, we are undertaking our own assessment of Fried Frank's security controls to independently validate their remediation efforts.

Data security is of paramount importance and we take these matters seriously. While there is no further action for you to take at this time, we wanted to make you aware as we work with the law firm to assess any potential impact.

Should you have any further questions, please do not hesitate to contact your Goldman Sachs representative.

Sincerely,

Goldman Sachs Asset Management

*Note: If you are a GS Private Wealth Management client of the Swiss Bank investing via nominee, there is no impact at this time.*