UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SACKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br><br>    Defendant. | Case No.: 1:25-cv-10693 (ALC) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF No. 5)**

Plaintiff Andrew Sacks, individually and on behalf of all others similarly situated, ("Plaintiff") and for his response to this Court's January 5, 2026 *Order to Show Cause* (ECF No. 5) (the "Order") states as follows:

In its Order, the Court noted that in the Plaintiff's Complaint that the allegations of the Complaint did not sufficiently allege that none of the Defendant partners are citizens of the State of Pennsylvania - the Plaintiff's domicile. *See* ECF No. 5 at p. 1.

Following receipt of the Order, Plaintiffs' Counsel conducted additional reasonable diligence from publicly available information and on January 16, 2026 Plaintiff, through Counsel, filed his First Amended Class Action Complaint for Damages (the "FAC") which states in Paragraph 22 that "Upon information and belief based on review of all public records, none of the partners of the Defendant are citizens of the State of Pennsylvania." *See* ECF No. 7 at p. 5. These revised allegations should be sufficient to demonstrate, absent evidence proffered by the Defendant, that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(d).

1

Dated: January 19, 2026                     Respectfully submitted,

/s/Javier L. Merino
Javier L. Merino (NY Bar #5294699)
Marc E. Dann (OH 0039425)*
Brian D. Flick (OH 0081605)*
DannLaw
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902
Telephone: (201) 355-3440
Facsimile: (216) 373-0536
notices@dannlaw.com

*Motions for Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was filed electronically on this 19th day of January, 2026. Notice of this filing can be accessed by parties by operation of the Court's electronic filing system. Notice of this filing was sent to the following counsel via electronic means on this 19th day of January, 2026:

Jim Pastore, Esq.
Debevoise & Plimpton
66 Hudson Boulevard
New York, NY 10001
jjpastore@debevoise.com
*Counsel for Defendant*

                                            /s/Javier L. Merino
                                            Javier L. Merino (NY Bar #5294699)
                                            DannLaw
                                            *Attorneys for Plaintiff and the Putative Class*