UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                                                                                         :

ANDREW SACKS, individually and on :   No. 1:25-CV-10693 (ALC)
behalf of all others similarly situated, :
                                                                                                                         :
                          Plaintiffs, :
                                                                                                              :
            v. :
                                                                                                                   :
FRIED, FRANK, HARRIS, SHRIVER & :
JACOBSON LLP, :
                                                                                                      :
                        Defendant. :
------------------------------------------------------------- x

## DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") certifies that Fried Frank has no parent corporation and no publicly held corporation owns 10% or more of any of its stock.

[signature page follows]

Dated: New York, New York
January 26, 2026

                      Respectfully Submitted,

                      /s/ *James J. Pastore*
                      James J. Pastore (jjpastore@debevoise.com)
                      Matthew A. Kelly (makelly@debevoise.com)
                      Jacob Hochberger (jhochberger@debevoise.com)

                      **DEBEVOISE & PLIMPTON LLP**
                      66 Hudson Boulevard
                      New York, NY 10001
                      (212) 909-6000

                      *Attorneys for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP*