UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
                                                              :
ANDREW SACKS, individually and on                             :   No. 1:25-CV-10693 (ALC)
behalf of all others similarly situated,                      :
                                                              :
                              Plaintiffs,                     :
                                                              :
              v.                                              :
                                                              :
FRIED, FRANK, HARRIS, SHRIVER &                               :
JACOBSON LLP,                                                 :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- x
```

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") respectfully submits this response pursuant to the Court's Order to Show Cause ("Order"), Dkt. 5.  On January 16, 2026, Plaintiff Andrew Sacks filed a First Amended Class Action Complaint (the "FAC"), in which Plaintiff alleged, among other things, that Plaintiff is a citizen of Pennsylvania (Dkt. 7 ¶ 19); that Defendant is a limited liability partnership incorporated in Delaware with a principal place of business in New York (Dkt. 7 ¶ 21); and that none of Defendant's partners are citizens of Pennsylvania (Dkt. 7 ¶ 22).

Based on these allegations, Defendant does not oppose the conclusion that Plaintiff has adequately pled diversity of citizenship.  *See* 28 U.S.C. § 1332(d)(2)(A) (diversity of citizenship under CAFA requires that "any member of a class of plaintiffs is a citizen of a State different from any defendant"); *see also* 28 U.S.C. § 1332(d)(10) ("an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized"); *Ventura v. H & M Hennes & Mauritz L.P.*, No. 23-CV-2115-LTS,

2025 WL 896103, at *3 (S.D.N.Y. Mar. 24, 2025) (weight of authority indicates that partnerships are to be considered unincorporated associations under 28 U.S.C. § 1332(d)(10)).

Dated:    New York, New York
         January 26, 2026

                                      DEBEVOISE & PLIMPTON LLP

                                      By: */s/ James J. Pastore*

James J. Pastore
Matthew Kelly
Jacob Hochberger
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
jjpastore@debevoise.com
makelly@debevoise.com
jhochberger@debevoise.com

*Counsel for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on this 26th day of January, 2026.  Notice of this filing can be accessed by parties by operation of the Court's electronic filing system.  Notice of this filing was sent to the following counsel via electronic means on this 26th day of January, 2026:

Javier Luis Merino
Dann Law Firm
825 Georges Road
Ste 2nd Floor
North Brunswick, NJ 08902
jmerino@dannlaw.com

/s/ *James J. Pastore*

James J. Pastore
Matthew Kelly
Jacob Hochberger
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
jjpastore@debevoise.com
makelly@debevoise.com
jhochberger@debevoise.com

*Counsel for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP*

3