USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ANDREW SACKS, individually and on behalf           :
of all others similarly situated,                  :
                                                   :        1:25-cv-10693 (ALC)
                                      Plaintiffs,   :
                                                   :        **ORDER**
              -against-                             :
                                                   :
FRIED, FRANK, HARRIS, SHRIVER &                     :
JACOBSON LLP,                                       :
                                      Defendant.    ;

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 5, 2026, this Court issued an Order to Show Cause ("OSHOW") as to why this case should not be dismissed for failure to properly allege diversity of citizenship. *See* ECF No. 5. Specifically, the Court noted Plaintiff's failure "to allege that none of the Defendant partners are citizens of Pennsylvania—the domicile of Plaintiff." *See id.* On January 16, 2026, Plaintiff filed a First Amended Complaint ("FAC"), adding the allegation that "Upon information and belief based on review of all public records, none of the partners of the Defendant are citizens of the State of Pennsylvania." *See* ECF No. 7. On January 19, 2026, Plaintiff filed an opposition brief to the OSHOW, highlighting the additional language added to the FAC. *See* ECF No. 8. On January 26, 2026, Defendant filed a reply brief to the OSHOW, conceding that Plaintiff has adequately pled diversity of citizenship. *See* ECF No. 13. Given all of the above, the Court finds that Plaintiff has satisfied the OSHOW and adequately pled diversity of citizenship.

**SO ORDERED.**

**Dated:  February 24, 2026**

       **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**