USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

ANDREW SACKS,                                               :
                                                           :
                          Plaintiff,                       :
                                                           :
            -against-                                      :         25-CV-10693 (ALC)
                                                           :
FRIED, FRANK, HARRIS, SHRIVER &                            :         <u>ORDER</u>
JACOBSON LLP,                                              :
                                                           :
                          Defendant.                       :
                                                           :

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 4, 2026, Plaintiff filed a consent letter motion requesting a pre-motion conference

for an anticipated motion to consolidate and seek interim class counsel appointment. As this request

is on consent, Plaintiff's request for a pre-motion conference is **DENIED**. Plaintiff is **GRANTED**

leave to file his motion to consolidate. The parties should submit a joint briefing schedule for this

motion. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No.

17.

**SO ORDERED.**

**Dated: March 4, 2026**                       _____

      **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                **United States District Judge**