USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/26/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW SACKS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, <br><br> Defendant. | **Case No.: 1:25-cv-10693** |
| ALEXIS FRANZWA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, <br><br> Defendant. | **Case No.: 1:26-cv-1273** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

Having reviewed Plaintiffs' Motion to Consolidate Cases and Appoint Interim Class Counsel (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.      *Sacks v. Fried, Frank, Harris, Shriver & Jacobson LLP*, No. 1:25-cv-10693; and *Franzwa v. Fried, Frank, Harris, Shriver & Jacobson LLP*, No. 1:26-cv-1273 (the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2.	Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3.	The Related Cases are consolidated under the docket number of the first-filed *Sacks* action, No. 1:25-cv-10693, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption *In re Fried, Frank, Harris, Shriver & Jacobson LLP Data Breach Litigation*;

4.	Pursuant to Federal Rule of Civil Procedure 23(g), Javier Merino of DannLaw, and Courtney Maccarone of Kopelowitz Ostrow, P.A., are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs;

5.	All deadlines in the Related Cases are vacated; and

6.	Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of the Order; Defendant shall answer or respond to the Consolidated Complaint within 30 days of its filing; if Defendant files a motion to dismiss, Plaintiffs shall have 30 days to respond thereto; and Defendant may reply within 21 days thereafter.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 19.

IT IS SO ORDERED.

Dated: March 26, 2026
　　　New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2